In the Matter of the Claim of MARY GRASSO, Respondent, against DONALDSON-REYNOLDS, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Argued October 6, 1938; decided October 25, 1938.

*Charles P. Barre* for appellants.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.